# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| In the Matter of | : No. 2330 Disciplinary Docket #3 |
| | : |
| EDWARD RAYMOND KOHOUT | : Board File No. C4-16-910 |
| | : |
| | : (Supreme Court of Appeals of West |
| | : Virginia, No. 15-0926) |
| | : |
| | : Attorney Registration No. 55483 |

## ORDER

**PER CURIAM**

**AND NOW**, this 12th day of January, 2017, having indicated that he has no objection to the imposition of reciprocal discipline, Edward Raymond Kohout is disbarred from the practice of law in this Commonwealth. He is directed to comply with all the provisions of Pa.R.D.E. 217.